UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DAVID LAZAR,
                                    Plaintiff,              25 Civ. 6449

                    -v-                                     ORDER

CYCLACEL PHARMACEUTICALS, INC., and DATUK
DR. DORIS WONG SING EE,

                                    Defendants.
```

PAUL A. ENGELMAYER, District Judge:

On August 6, 2025, plaintiff filed the complaint, asserting diversity of citizenship of the parties as the sole basis for federal jurisdiction. Dkt. 1. The Complaint, however, does not clearly establish the requisite diversity. It alleges that plaintiff is a citizen of Panama, *id.* ¶ 6, that defendant Datuk Dr. Doris Wong Sing Ee is a citizen of Malaysia, *id.* ¶ 8, and that Cyclacel Pharmaceuticals, Inc. is a citizen of Delaware and Malaysia, *id.* ¶ 7. However, Second Circuit caselaw makes clear that when there are foreign citizens on both sides of the dispute, no diversity jurisdiction exists. *See F5 Cap. v. Pappas*, 856 F.3d 61, 75 (2d Cir. 2017) ("Diversity is lacking within the meaning of § 1332(a)(2) where the only parties are foreign entities, or where on one side there are citizens and aliens and on the opposite side there are only aliens." (cleaned up)); *Cortlandt St. Recovery Corp. v. Hellas Telecommunications, S.a.r.l*, 790 F.3d 411, 424 (2d Cir. 2015) (same); *Bayerische Landesbank, New York Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012) (same).

To enable the Court to reliably determine whether there is diversity of citizenship, plaintiff must submit to the Court, by August 15, 2025, a letter, filed on ECF, setting out the citizenship of all parties, the place of incorporation and principal place of business of any

corporate entities, and the factual bases for these conclusions. *See* 28 U.S.C. § 1332(c); *Hertz*

*Corp. v. Friend*, 559 U.S. 77, 80 (2010); *Curley v. Brignoli, Curley & Roberts Assocs.*, 915 F .2d

81, 83 (2d Cir. 1990) ("[S]ubject matter jurisdiction is an unwaivable sine qua non for the

exercise of federal judicial power.").

    SO ORDERED.

                                                 PAUL A. ENGELMAYER
                                            United States District Judge

Dated: August 7, 2025
      New York, New York