UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID LAZAR, | ) | STIPULATION OF |
| | ) | VOLUNTARY DISMISSAL |
| Plaintiff, | ) | **PURSUANT TO F.R.C.P.** |
| v. | ) | **41(a)(1)(A)(i)** |
| | ) | |
| CYCLACEL PHARMACEUTICALS, INC., and | ) | |
| DATUK DR. DORIS WONG SING EE | ) | Case No. 1:25-cv-06449 |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) CYCLACEL PHARMACEUTICALS, INC., and DATUK DR. DORIS WONG SING EE pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: August 22, 2025

                                                                              **Gulko Schwed LLP**

                                                                              By: <u>/s/ Samuel Kadosh</u>
                                                                              Samuel Kadosh
                                                                              Asher Gulko
                                                                              525 Chestnut Street, Suite 209
                                                                              Cedarhurst, New York 11516
                                                                              212-500-1312
                                                                              skadosh@gulkoschwed.com

GRANTED.

                                                                             *Attorneys for Plaintiff*

SO ORDERED.

        */s/ Paul A. Engelmayer*
        _____
        PAUL A. ENGELMAYER
        United States District Judge

August 22, 2025
New York, New York